IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Global Trading, Inc.,  )<br>  )<br>                  Plaintiff,  )<br>  )<br>      vs.  )<br>  )<br>Continental Cargo, aka  )<br>Continental Airlines, Inc.,  )<br>  )<br>                  Defendant.  )<br>  ) | Civil Action No.  7:05-2922-HFF-WMC<br><br>**O R D E R** |

      This action was removed by the defendant from state court on October 12, 2005. The complaint was filed on behalf of Global Trading, Inc., but the signature on the complaint (which is somewhat illegible) appears to be "Celetha H. Price."

      It is well settled that a *pro se* litigant cannot represent a corporation in a civil action. *See*, *e.g.*, *First Hartford Corporation Pension Plan and Trust*, 194 F.3d 1279, 1290-91 (Fed.Cir. 1999) (*pro se* actions by non-attorneys on behalf of corporations "fail for lack of standing"); and *Pridgen v. Andresen*, 113 F.3d 391, 392-393 (2nd Cir. 1997) (noting that where the court noted that such limits on *pro se* representation "serve the interests of the represented party as well as the interests of adversaries and the court."). *See also Batac Development Corp. v. B&R Consultants, Inc.*, No. 98 Civ. 721, 2000 WL 307400 at *1-2 (S.D.N.Y., March 23, 2000) (non-attorney individual may not represent a corporation in the federal courts).

      By order of this court filed November 9, 2005, the plaintiff was given through December 9, 2005, to retain an attorney and have him or her file a notice of appearance with the court. The plaintiff has not done so; in fact, the plaintiff has had no contact with the court since the case was removed.

Wherefore, it is recommended that this case be dismissed for failure to prosecute and for failure of the plaintiff corporation to retain counsel, as directed, to represent it in this action.

                                         s/William M. Catoe
                                         United States Magistrate Judge

December 14, 2005

Greenville, South Carolina